## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4019               Assigned/Issued By: j. n.

Judge Name: der-yeghiyan            Designated Magistrate Judge: mason

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____           Receipt #: 2936403_____

Date Payment Rec'd: 7-15-08_____      Fiscal Clerk: j. n._____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets          [ ] Other

[ ] Writ _____         _____
        *(Type of Writ)*                 _____
                                         *(Type of issuance)*

2_____ Original and 0_____ copies on 7-15-08_____ as to all defendants_____
                                        *(Date)*